**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6575**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

AMIR SALVATORE KHAYYAT,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Kenneth D. Bell, District Judge.  (3:20-cr-00371-KDB-DCK-1)

Submitted:  December 17, 2025                    Decided:  January 29, 2026

Before RUSHING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Amir Salvatore Khayyat, Appellant Pro Se.  Amy Elizabeth Ray, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Amir Salvatore Khayyat seeks to appeal the district court's order denying his 18 U.S.C. § 3583(e) motion for early termination of supervised release. During the pendency of this appeal, however, Khayyat completed his term of supervised release. Accordingly, we dismiss the appeal as moot. *See Fleet Feet, Inc. v. NIKE*, 986 F.3d 458, 463 (4th Cir. 2021) ("If an event occurs during the pendency of an appeal that makes it impossible for a court to grant effective relief to a prevailing party, then the appeal must be dismissed as moot." (internal quotation marks omitted)). We deny his motion to seal his informal brief. *See generally Gonzalez v. Cuccinelli*, 985 F.3d 357, 376-77 (4th Cir. 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*